# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNA TERESHKOVA | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-947 |
| v. | : | |
| | : | |
| UNIQUE AID, *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 18th day of March, 2019, upon consideration of *pro se* Plaintiff Hanna Tereshkova's Motion for Leave to Proceed *In Former Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Tereshkova is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief that cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Tereshkova's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to provide Tereshkova a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case. Tereshkova may use this form to file her amended complaint.

6. Tereshkova's Motion for Appointment of Attorney (ECF No. 3) is **DENIED without prejudice** at this time.

7. If Tereshkova fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*